IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELI KOLEGRAFF, M.D., Ph.D.,

    Plaintiff,

vs.

BRYAN HEALTH, et al.,

    Defendants.

4:25-CV-3169

ORDER

    This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

    IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

    Dated this 15th day of December, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge